# IN THE DISTRICT COURT OF THE UNITED STATES

## For the Western District of New York

| | |
|---|---|
| **THE UNITED STATES OF AMERICA** | NOVEMBER 2014 GRAND JURY (Impaneled 11/07/2014) |
| *-vs-* | **INDICTMENT** |
| **GREGORY WILLSON a/k/a Flip** | Violations: |
| | Title 18, United States Code, Sections 924(c)(1)(A)(i), 922(g)(1), 1951(a), and 2; and Title 21, United States Code, Sections 841(a)(1), 846, and 856(a)(1) (8 Counts and Forfeiture Allegation) |

### COUNT 1

**(Conspiracy to Distribute Cocaine)**

**The Grand Jury Charges That:**

Between in or about 2010, the exact date being unknown, and on or about August 9, 2013, in the Western District of New York and elsewhere, the defendant, **GREGORY WILLSON a/k/a Flip**, did knowingly, willfully, and unlawfully combine, conspire and agree with others, known and unknown to the Grand Jury, to commit the following offenses, that is, to possess with intent to distribute, and to distribute 500 grams or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

### (Possession with Intent to Distribute Cocaine)

### The Grand Jury Further Charges That:

On or about August 9, 2013, in the Western District of New York, the defendant, **GREGORY WILLSON a/k/a Flip**, did knowingly, intentionally and unlawfully possess with the intent to distribute a quantity of a mixture and substance containing cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.**

## COUNT 3

### (Using and Maintaining Premises for Drug Dealing)

### The Grand Jury Further Charges That:

Beginning in or about October 2012, and continuing to on or about August 9, 2013, in the Western District of New York, the defendant, **GREGORY WILLSON a/k/a Flip**, did knowingly, intentionally and unlawfully use and maintain a place, that is, the premises at 57 Humphrey Road, Upper Apartment, Buffalo, New York, for the purpose of manufacturing, distributing and using cocaine, a Schedule II controlled substance.

**All in violation of Title 21, United States Code, Section 856(a)(1), and Title 18, United States Code, Section 2.**

## COUNT 4

**(Possession of a Firearm in Furtherance of Drug Crimes)**

**The Grand Jury Further Charges That:**

Beginning in or before October 2012, and continuing until on or about August 9, 2013, in the Western District of New York, the defendant, **GREGORY WILLSON a/k/a Flip**, in furtherance of drug trafficking crimes for which he may be prosecuted in a court of the United States, that is, violations of Title 21, United States Code, Sections 846, 841(a)(1), and 856(a)(1), committed in the manner set forth in Counts 1, 2, and 3 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess firearms.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## COUNT 5

**(Felon in Possession of Firearm)**

**The Grand Jury Further Charges That:**

On or about August 9, 2013, in the Western District of New York, the defendant, **GREGORY WILLSON a/k/a Flip**, having been convicted on or about May 8, 2002, in United States District Court for the Western District of New York, and on or about October 12, 1993, January 11, 1994, and February 3, 1999, in County Court, Cattaraugus County, New York, of crimes punishable by imprisonment for a term exceeding one year, did unlawfully knowingly possess, in and affecting commerce, a firearm, namely, a Taurus, Model 80, .38 caliber Special revolver, bearing serial number 708150.

All in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

## COUNT 6

**(Hobbs Act Conspiracy)**

**The Grand Jury Further Charges That:**

Beginning in or about June 2013, the exact date being unknown to the Grand Jury, and continuing thereafter up to and including on or about June 7, 2013, in the Western District of New York, and elsewhere, the defendant, **GREGORY WILLSON a/k/a Flip,** did knowingly, willfully and unlawfully combine, conspire and agree with others known and unknown, to obstruct, delay and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in commerce by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and extortion, as that term is defined in Title 18, United States Code, Section 1951(b)(2), in particular, the robbery and extortion of assets, including a mobile telephone, firearms, a flat screen television, bottles of liquor, cases of beer, Kingsmen Motorcycle Club t-shirts, Kingsmen Motorcycle Club vests, Kingsmen Motorcycle Club patches, a Kingsmen Motorcycle Club ring, and cigarettes, from Victim A and other members and associates of the Springville Kingsmen Clubhouse located at 7935 Route 39, Springville, New York.

**All in violation of Title 18, United States Code, Sections 1951(a) and 2.**

## COUNT 7

**(Hobbs Act Robbery)**

**The Grand Jury Further Charges That:**

On or about June 7, 2013, in the Western District of New York, and elsewhere, the defendant, **GREGORY WILLSON a/k/a Flip**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that the defendant **GREGORY WILLSON a/k/a Flip** did unlawfully take and obtain personal property, consisting of a mobile telephone, firearms, a flat screen television, bottles of liquor, cases of beer, Kingsmen Motorcycle Club t-shirts, Kingsmen Motorcycle Club vests, Kingsmen Motorcycle Club patches, a Kingsmen Motorcycle Club ring, and cigarettes, from the person of and in the presence of Victim A and other members and associates of the Springville Kingsmen Clubhouse located at 7935 Route 39, Springville, New York, against their will by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim A and other members and associates of the Springville Kingsmen Clubhouse located at 7935 Route 39, Springville, New York, that is, by striking Victim A in the head with a blunt object causing injury and by outnumbering the other members and associates of the Springville Kingsmen Clubhouse while armed with firearms.

**All in violation of Title 18, United States Code, Sections 1951(a) and 2.**

## COUNT 8

**(Use of a Firearm During and in Relation to a Crime of Violence)**

The Grand Jury Further Charges That:

On or about June 7, 2013, in the Western District of New York, the defendant, **GREGORY WILLSON a/k/a Flip**, in furtherance of crimes of violence for which he may be prosecuted in a court of the United States, that is, violations of Title 18, United States Code, Section 1951(a), committed in the manner set forth in Counts 6 and 7 of this Indictment, the allegations of which are incorporated herein by reference, did knowingly and unlawfully possess and brandish firearms.

**All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.**

## FORFEITURE ALLEGATION

The Grand Jury Further Alleges That:

Upon conviction of the offenses as set forth in Counts 1, 2, 3, 4, 5, 6, 7, and/or 8 of the Indictment, the defendant, **GREGORY WILLSON a/k/a Flip**, shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offense, or found in the possession or under immediate control of the defendant at the time of arrest including, but not limited to:

   a.    a Taurus, Model 80, .38 caliber Special revolver, bearing serial number 708150 loaded with six (6) rounds of .38 caliber ammunition recovered at 57 Humphrey Road, Upper Apartment, Buffalo, New York on August 9, 2013; and

6

  b.  thirty-four (34) rounds of .38 caliber ammunition recovered inside a box of ammunition at 57 Humphrey Road, Upper Apartment, Buffalo, New York on August 9, 2013.

**All in accordance with Title 18, United States Code, Sections 924(d)(1) and 3665, and Title 28, United States Code, Section 2461(c).**

DATED: Buffalo, New York, July 29, 2015.

            WILLIAM J. HOCHUL, JR.
            United States Attorney

      BY:  s/JOSEPH M. TRIPI
          Assistant U.S. Attorney
          United States Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202
          716-843-5839
          Joseph.Tripi@usdoj.gov

A TRUE BILL:

s/FOREPERSON