UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
==================================

THE UNITED STATES OF AMERICA,

-vs-                                              **NOTICE OF OMNIBUS
                                                  PRETRIAL MOTIONS**

                                                  Docket No.: 15-CR-142-EAW-MJR

TIMOTHY M. ENIX, et al.,

    Defendants.
==================================

| | |
|---|---|
| **MOTION BY:** | Defendant, **TIMOTHY ENIX**, by his attorneys, CONNORS LLP. |
| **DATE, TIME & PLACE:** | Tuesday, **February 7, 2017, at 10:00 a.m.** before the Hon. Michael J. Roemer, United States Magistrate Judge, United States Courthouse, 2 Niagara Square, Buffalo, New York 14202.<br><br>Oral Argument is requested. |
| **SUPPORTING PAPERS:** | Declaration of Terrence M. Connors, Esq., with accompanying exhibits; Declaration of Timothy Enix; memorandum of law; the omnibus motions filed by his co-defendants (incorporated by reference); and all prior pleadings and proceedings in this matter. |
| **GROUNDS FOR RELIEF:** | *See* below and accompanying memorandum of law. |
| **RELIEF REQUESTED:** | An Order of this Court: |

    (1)    Dismissing:

        a.  Count 1 of the Superseding Indictment as unconstitutionally

        overbroad and vague as applied to defendant Enix, in violation of the First Amendment and the Due Process Clause of the Fifth Amendment; and

    b. Counts 2, 45, and 46 of the Superseding Indictment for lack of specificity and failure to state an offense under Federal Rules of Criminal Procedure 7(c), and 12(b)(3)(B)(iii) and (v); or

In the alternative to dismissal,

(2) Directing:

    a. the Government to prepare and provide a bill of particulars as to Counts 2, 45, and 46 of the Superseding Indictment, pursuant to Federal Rule of Criminal Procedure (7)(f), providing particularity with respect to the firearm and drug activity alleged against Mr. Enix in those counts;

    b. Directing an evidentiary hearing related to and suppression of:

        i. Statements defendant Enix allegedly made to law enforcement while subjected to unlawful custodial interrogation in violation of the Fifth Amendment;

        ii. Items seized from defendant Enix's home in violation of the Fourth Amendment; and

    c. Striking as surplusage paragraphs 2-24 of the "Introduction" to Count 1 of the Superseding Indictment (at pages 2-24);

    d. Precluding statements made by non-testifying co-defendants or alleged co-conspirators pursuant to *Bruton v. United States*, 391 U.S. 123 (1968);

    e. Ordering discovery pursuant to Rules 12(b)(3)(E) and 16 of the Federal Rules of Criminal Procedure;

    f. Directing the Government to produce material favorable to the defense pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny;

    g. Ordering the timely disclosure of *Jencks* material owed pursuant to 18 U.S.C. § 3500;

    h. Directing the preservation of all agent notes in the custody or control of the Government;

    i. Directing the government to produce the plea agreements and presentence reports of cooperating witnesses for *in camera* review and possible disclosure to the defense, pursuant to *Brady*, *Giglio v. United States*, 405 U.S. 150 (1972), and the case law set forth in the accompanying memorandum of law;

    j. Directing notice of any anticipated expert witness testimony under Federal Rule of Evidence 702, 703, and to permit compliance with *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993) and *Kumho Tire Co. v. Carmichael*, 526 U.S. 137 (1999);

       k. Ordering disclosure and a hearing pursuant to Rules 404(b), 608, and 609 of the Federal Rules of Evidence;

       l. Permitting Mr. Enix to join in the motions of his co-defendants; and

       m. Reserving Mr. Enix's right to move for further relief as necessary.

**REPLY PAPERS**: Defense reserves the right to file and serve a reply on or before January 27, 2017.

DATED:   Buffalo, New York
           December 7, 2016

       /s/ Terrence M. Connors
       Terrence M. Connors, Esq.
       James W. Grable, Jr., Esq.
       **CONNORS LLP**
       *Attorneys for Defendant*
         *TIMOTHY ENIX*
       1000 Liberty Building
       Buffalo, New York  14202
       tmc@connorsllp.com
       jwg@connorsllp.com

TO:   (via cm/ecf)
      Joseph M. Tripi, Esq.
      Brendan T. Cullinane, Esq.
      Assistant United States Attorneys
      **UNITED STATES ATTORNEY'S OFFICE**
      Federal Centre
      138 Delaware Avenue
      Buffalo, New York  14202