UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        v.                      No. 15-CR-142-W

DAVID PIRK, *et al.*,

                Defendants.

## DECLARATION OF TIMOTHY W. HOOVER IN RESPONSE TO THE GOVERNMENT'S MOTION TO ADJOURN THE DECEMBER 14, 2016 STATUS CONFERENCE

TIMOTHY W. HOOVER, pursuant to 28 U.S.C. § 1746, states and declares under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm of Hodgson Russ LLP, attorneys for Defendant Scanlon, and I make this declaration in response to the Government's motion to adjourn the status conference scheduled for December 14, 2016, before the Court (Dkt. 404).

2. Defendant Scanlon has no objection to the motion, to the relief requested, or to an adjournment.

3. Defendant Scanlon is released on conditions, and will be present at the conference on December 14, 2016, or at any adjourned conference.

4. With regard to the scheduling of an adjourned date, I have a personal commitment on December 19, 2016, until 10:30 a.m.

**WHEREFORE**, the Court should act on the Government's motion accordingly.

Dated:        Buffalo, New York
              December 12, 2016

        **HODGSON RUSS LLP**
*Attorneys for Defendant Thomas Scanlon*

By:  s/Timothy W. Hoover
     Daniel C. Oliverio
     Timothy W. Hoover
     Reetuparna Dutta
     Patrick E. Fitzsimmons
The Guaranty Building
140 Pearl Street, Suite 100
Buffalo, New York 14202-4040
716.856.4000
*doliveri@hodgsonruss.com*
*thoover@hodgsonruss.com*
*rdutta@hodgsonruss.com*
*pfitzsimmons@hodgsonruss.com*